**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

JACOB IRA VIJANDRE,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,[1]

Respondent.

CIVIL ACTION NO.: 5:25-cv-136

**O R D E R**

The Court conducted an informal telephonic conference with the parties on November 14, 2025. During the conference, Respondent's counsel asked for 14 days to file a combined response to the Amended Petition and a motion to dismiss. Petitioner's counsel was amenable to this request. The Court **GRANTED** Respondent's request. Respondent shall file any desired response to the Amended Petition and motion to dismiss **on or before November 28, 2025**. Petitioner shall have **up to and including December 8, 2025**, to file any desired reply in support of the Amended Petition and response to the motion to dismiss. Should counsel wish for the Court to conduct oral argument or an evidentiary hearing, counsel can contact the Court after the briefing has been submitted.

**SO ORDERED**, this 14th day of November, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] During the call, Petitioner's counsel stated it would be appropriate to dismiss all named Respondents, save the Warden-Respondent.