IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JACOB IRA VIJANDRE,

    Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

    Respondents.

CIVIL ACTION NO.: 5:25-cv-136

## O R D E R

Warden-Respondent has moved to dismiss Petitioner's amended action for habeas corpus relief. Doc. 28. Petitioner filed a response. Docs. 30, 31, 32. Based on the parties' submissions, however, the Court cannot determine whether Petitioner is still in ICE's custody and, if so, what the statutory basis for his custody is. Thus, The Court **ORDERS** the parties to provide a status update regarding Petitioner's custody and any other relevant information necessary for the Court's review **on or before February 19, 2026**.

**SO ORDERED**, this 9th day of February, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA